Tanya JONES; Donna Jones, Plaintiffs—Appellants,

v.

EMC MORTGAGE COMPANY, INCORPORATED; Mortgage Electronic Registration Systems, Incorporated; Rosenberg & Associates, LLC; Greenpoint Mortgage Funding, Incorporated, Defendants—Appellees.

No. 07–1154.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 15, 2007.

Decided: Oct. 24, 2007.

Tanya Jones, Donna Jones, Appellants pro se. David Samuel Panzer, Greenberg & Traurig, LLP, Washington, D.C.; Mark David Meyer, Rosenberg & Associates, LLC, Bethesda, Maryland; Brian L. Moffet, Gordon, Feinblatt, Rothman, Hoffberger & Hollander, Baltimore, Maryland, for Appellees.

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tanya and Donna Jones appeal the district court's order dismissing their civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. EMC Mortgage Co., Inc.,* No. 8:06–cv–03038 (D.Md. Feb. 5, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*